UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTIN REID, on behalf of himself and
all others similarly situated,
    Plaintiff,

v.                              CASE NO.: 1:19-cv-4815

OOMA, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Valentin Reid and the Defendant Ooma, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 4, 2019

| For Plaintiff Valentin Reid | For Defendant Ooma, Inc. |
|---|---|
| *[signature]*<br>David Paul Force<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>dforce@steinsakslegal.com | *[signature]*<br>Christina Guerola Sarchio<br>Dechert, LLP.<br>1901 K Street NW<br>Washington, DC 20006<br>Ph: (202) 261-3465<br>Christina.sarchio@dechert.com |

## CERTIFICATE OF SERVICE

I certify that on September 12, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David Paul Force*
David Paul Force
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*